IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JONATHAN L. LIEBZEIT,

                                                                                                        ORDER

                    Plaintiffs,

                                                                                                             10-cv-170-slc

      v.

MICHAEL THURMER and SAM APPAU,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 7, 2011, plaintiff Jonathan Liebzeit filed a motion for leave to amend his complaint, along with a proposed amended complaint. I set briefing on plaintiff's motion, giving defendants until February 23, 2011 to file a response. That deadline has passed and defendants have not yet responded to plaintiff's motion. Instead, they have filed a motion for summary judgment. Obviously, I cannot determine whether defendants are entitled to summary judgment until I determine the proper scope of the case. Accordingly, I will stay briefing on defendants' summary judgment motion and give them a short deadline to file a response to plaintiff's motion for leave to amend his complaint.

1

ORDER

IT IS ORDERED that

1. Defendants Michael Thurmer and Sam Appau may have until March 8, 2011, to file a response to plaintiff Jonathan Liebzeit's motion for leave to amend his complaint. Plaintiff may have until March 18, 2011, to file a reply.

2. Briefing on defendants' motion for summary judgment is STAYED pending resolution of plaintiff's motion for leave to amend his complaint.

Entered this 1st day of March, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge