IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN L. LIEBZEIT,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, RICK RAEMISCH,
MICHAEL THURMER and SAM APPAU,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-170-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Wisconsin Department of Corrections and Rick Raemisch; and

(2) granting Michael Thurmer and Sam Appau's motions for summary judgment and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court             Date