IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JONATHAN L. LIEBZEIT,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, RICK RAEMISCH,
MICHAEL THURMER and SAM APPAU,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-170-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Wisconsin Department of Corrections and Rick Raemisch; and

    (2) granting Michael Thurmer and Sam Appau's motions for summary judgment and dismissing this case.

_Peter Oppeneer_      1/25/12

Peter Oppeneer, Clerk of Court      Date